# United States District Court
# For The Western District of North Carolina
# Statesville Division

TERRY D. SHOOK,

    Plaintiff(s),                             JUDGMENT IN A CIVIL CASE

vs.                                            CASE NO. 5:06CV59

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 15, 2007, Order.

                                           Signed: June 15, 2007

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court